# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MATTHEW D. WALLACH,<br><br>Plaintiff,<br>v.<br><br>MARK PITZELE, P.A.; JIM MURPHY, INDIVIDUALLY; PINNACLE CREDIT SERVICES, LLC; TRANS UNION LLC; and CSC CREDIT SERVICES, INC.,<br><br>Defendants. | Civil No. 04-4017 JRT/FLN<br><br><br>**ORDER** |

Thomas J. Lyons, Jr., **LYONS LAW FIRM, P.A.**, 342 County Road D East, Little Canada, Minnesota 55117, for plaintiff.

Matthew J. Franken, **BASSFORD REMELE, P.A.**, 33 South Sixth Street, Suite 3800, Minneapolis, Minnesota 55402, for defendant Mark Pitzele, P.A.

Scott J. Seiler, **SEILER LAW OFFICE**, 7407 Wayzata Boulevard, Minneapolis, Minnesota 55426, for defendant Pinnacle Credit Services, LLC.

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the above-entitled action against Defendant CSC, shall be and hereby is dismissed with prejudice on its merits with prejudice and without costs, disbursements or attorneys fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 31, 2005
at Minneapolis, Minnesota

                                                  s/John R. Tunheim
                                                  JOHN R. TUNHEIM
                                            United States District Judge